IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00203-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTIN PARKS (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for filing objections to the Presentence Investigation Report until January 25, 2021, and to have the defendant transported to counsel's office from the jail, where he is in Respiratory Quarantine. (Doc. No. 98).

The Court finds that the defendant has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED in part**. The defendant shall file any objections, grounds for variance, or corrections on or before January 25, 2021.

**IT IS FURTHER ORDERED** that the defendant's included request for secure transport is held in abeyance pending the government's response.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: January 11, 2021

Robert J. Conrad, Jr.
United States District Judge